No. 54. White Motor Co. v. United States. Appeal from the United States District Court for the Northern District of Ohio. (Probable jurisdiction noted, 369 U. S. 858). The motions of Serta Associates, Inc., et al. and Sandura Company for leave to file briefs, as *amici curiae,* are granted. *Sigmund Timberg* on the motion for Serta Associates, Inc., et al. *John Bodner, Jr.* on the motion for Sandura Company.

No. 346. Santa Maria Shipowning & Trading Co., S. A., et al. v. Panteloglou et al. (Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied, *ante,* p. 889.) The motion for damages and to stay issuance of the mandate of the Court of Appeals is denied. *Edward B. Joachim* for respondents on the motion. *Robert C. Thomson, Jr.* for petitioners, in opposition.

No. 700, Misc. Kirsch v. Pate, Warden; and
No. 741, Misc. Contaldo v. Murphy, Warden, et al. Motions for leave to file petitions for writs of habeas corpus denied.

No. 482, Misc. Wilson v. South Carolina et al. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se.* *Daniel R. McLeod,* Attorney General of South Carolina, and *Clarence T. Goolsby, Jr.,* Assistant Attorney General, for respondents.

No. 680, Misc. Kimbro v. Bomar, Warden. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.